IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs | : | Case No. 3:09-CR-166 |
| DAVID PECK | | JUDGE THOMAS M. ROSE |
| | : | |

## **ORDER**

As a result of a hearing held in open Court on July 26, 2012, it is hereby ordered that any and all future restitution payments made in the above captioned case shall be applied to the Sheet Metal Workers Local 24 Union until such time as the balance owed has been paid in full. Any and all subsequent restitution payments shall then be applied to CNA Surety.

**DONE** and **ORDERED** in Dayton, Ohio, this 31st day of July 2012.

s/Thomas M. Rose
_____
Thomas M. Rose,
United States District Court Judge