IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:09-CR-166 |
| DAVID PECK | ) | JUDGE THOMAS M. ROSE |
| | ) | |

## ORDER

Based on the recommendation of the U.S. Probation Officer, and for good cause shown, the Petition for Summons filed on June 8, 2012, is withdrawn. The defendant is hereby continued on probation in accordance with all previously imposed conditions.

Furthermore, the hearing previously scheduled on this matter for October 26, 2012, is cancelled.

So Ordered:

Dated this 26th day of October, 2012

_____
Thomas M. Rose,
United States District Court Judge